840

## SMITH v. STATE.
No. 17966.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

C. C. Morris, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor, punishment assessed being one year in the penitentiary.

Since the conviction, the law upon which the prosecution was predicated has been repealed without any saving clause. See Meadows v. State (Tex.Cr.App.) 88 S.W. (2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.

## LIGHTFOOT v. STATE.
No. 17918.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

- T. B. Greenwood, Jr., of Palestine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile on a street in an incorporated city while intoxicated; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## HAMPTON v. STATE.
No. 18007.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

A. U. Puckett, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.